UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE HERNANDEZ ANGELES,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. CV 2:26-12476-RAO<br><br>JUDGMENT |

Pursuant to the Order Granting in Part and Denying in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part and denied in part and this action is closed.

DATED: November 2, 2026

/s/
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE